```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN WHITLEY,

                        Plaintiff,

-against-

THE CITY OF MOUNT VERNON,

                        Defendant.

20-cv-9011 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Bryan Whitley ("Plaintiff") previously filed this action against Defendant City of Mount Vernon ("Defendant") to recover unpaid wages, liquidated damages, and attorney's fees and costs under the Fair Labor Standards Act, 29 U.S.C. § 403. The parties executed an undated settlement agreement (the "Settlement Agreement" (ECF Nos. 21-1 & 21-2)) and filed a joint motion for approval of that settlement agreement on December 27, 2021. (ECF No. 22.) In the Settlement Agreement, Defendant agreed to pay Plaintiff $35,078.40 in unpaid wages and liquidated damages and Plaintiff's counsel $24,731.00 in attorney's fees and costs. (Settlement Agreement at ¶ 2.) Defendant further agreed that "interest on any unpaid portion of the amount due . . . will begin to accrue daily at the New York State post-judgment interest rate of 9% on the thirty-first (31st) day after the Court's approval of the Settlement Agreement." (*Id.* at ¶ 5.) This Court approved the Settlement Agreement in an order dated January 14, 2022. (ECF No. 23.) In that order, this Court retained jurisdiction "until the Settlement Amount has been paid in full." (*Id.*) In a letter dated January 27, 2023, Defendant confirmed it had fully complied with the Settlement Agreement. Accordingly, it is hereby

    ORDERED that the Clerk of Court terminate the case. SO ORDERED.

Dated:  January 31, 2023
           White Plains, New York

                                                    NELSON S. ROMÁN
                                                 United States District Judge